1  **LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
2  dalekgalipo@yahoo.com
21800 Burbank Blvd., Suite 310
3  Woodland Hills, CA 91367
Tel: (818) 347-3333/ Fax: (818) 347-4118

4  **LESSEM, NEWSTAT & TOOSON, LLP**
Jeremy I. Lessem (SBN 213406)
5  jeremy@lnlegal.com
3450 Cahuenga Blvd., Unit 102
6  Los Angeles, CA 90068
Tel: (818) 582-3087/ Fax: (818) 484-3087

7  *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-05560-KS<br>*Assigned to: Hon. Karen L. Stevenson*<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Complaint, Summons, and other documents on Defendant COUNTY OF LOS ANGELES (attached hereto as Exhibit "A").

DATED: July 17, 2024

                                        LAW OFFICES OF DALE K. GALIPO

                                  By:  */s / Dale K. Galipo*

                                       Dale K. Galipo Attorney for Plaintiffs

# Exhibit A

Civil Action No. **2:24-cv-5560-KS**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **COUNTY OF LOS ANGELES**
was received by me on  **July 12, 2024**

☐ I personally served the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET;" CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL on the individual at  on

☐ I left the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AND" NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL at " ,a person of suitable age and discretion who resides there,"on" *(date)"*  , and mailed a copy to the individual's last known address; or

☑ I served the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; CERTIFICATION" AND NOTICE OF INTERESTED PARTIES; NOTICE TO COUNSEL to"Ыо о { "Rtкеvq. "F gr w{ "Еrgtm who is designated by law to accept"service of process on behalf of"EQWP V[  "QH"NQU"CP I GNGU"on"Lwn{ "34. "4246"  cv" 722"Y guv"Vgo r rg"Uvt ggv. "T qqo "5: 5. "Nqu"Cpi grgu. "EC"; 2234; or

☐ other *(specify):*

My fees are $ for travel and $  for services, for a total of $ 96.74

*I declare under penalty of perjury that this information is true.*

*Date:* **7/15/2024**                                                                                   _____
                                                                                                                        *Server's signature*


                                                                                                                        **Anson Howard**
                                                                                                                        *Printed name and title*

                                                                                                                        **Ace Attorney Service, Inc.**
                                                                                                                        **800 S. Figueroa Street, Suite 900, Los Angeles, CA 90017**
                                                                                                                        **Phone: (213) 623-3979 / Fax: (213) 623-7527**
                                                                                                                        **Registration No.: PSC# 6410 / County: ORANGE**
                                                                                                                        *Server's Address*

Additional information regarding attempted service, etc.:

A0440-2340814