FILED
CLERK, U.S. DISTRICT COURT
November 12, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

In the Matter of the Creation of the Calendar

of

Judge MICHELLE WILLIAMS COURT

ORDER OF THE CHIEF JUDGE

24-170

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Michelle Williams Court,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Dolly M. Gee to the calendar of Judge Michelle Williams Court:

| Case Number | Case Title |
|---|---|
| 2:20-cv-10079-DMG-JPRx | Allison Klein et al v. Ljubljana Inter Auto d.o.o. et al |
| 2:24-cv-04753-DMG-SKx | Sara Simpson v. Cinmar, LLC et al |
| 2:24-cv-05560-DMG-JCx | Masoumeh Motevalli Alamouti et al v. County of Los Angeles et al |
| 2:24-cv-05636-DMG-SSC | Marcus Clarke v. Brian Birkholz |
| 2:24-cv-06377-DMG-JPRx | Edmond Neal v. Diane M. Adams et al |
| 2:24-cv-07655-DMG-BFMx | Natalie Smith v. The RealReal, Inc. et al |
| 2:24-cv-09288-DMG-JCx | Samia Haddad v. Celebrity Cruises Inc. et al |

On all documents subsequently filed in the case, please substitute the Judge initials "MWC" after the case number in place of the initials of the prior Judge.

DATED: November 12, 2024

_____
Chief Judge Dolly M. Gee