Dale K. Galipo
Benjamin S. Levine
21800 Burbank Blvd., Ste. 310
Woodland Hills, CA 91367
(818) 347-3333

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Masoumeh Motevalli Alamouti; and Moshen Rahmati,<br><br>Plaintiff(s)<br>v.<br><br>County of Los Angeles; and Does 1-10,<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24-cv-05560-MWC-JC<br><br>**STIPULATION REGARDING SELECTION OF PANEL MEDIATOR** |

*NOTE: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel.*

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that __Richard T. Copeland__ may serve as the Panel Mediator in the above-captioned case. __Benjamin Levine__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three hours. All parties and the Panel Mediator have agreed that the mediation will be held on __TBD__ (Date) and counsel will submit mediation statements seven calendar days before the session.

☐ The parties request that ADR Program staff assign a Panel Mediator with expertise in the following area of law: _____

Dated: December 6, 2024          /s/ Benjamin S. Levine
                                  Attorney For Plaintiff   All Plaintiffs

Dated: _____                 _____
                                  Attorney For Plaintiff

Dated: December 6, 2024          /s/ Chandler A. Parker
                                  Attorney For Defendant  County of Los Angeles

Dated: _____                 _____
                                  Attorney For Defendant

*Please attach additional sheets if needed to record all signatories, then file electronically using one of two events: "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Consent) - (ADR-2)" or "Civil Events => Other Filings => ADR/Mediation Documents => Stipulation Regarding Selection of Panel Mediator (Assigned) - (ADR-2)."*

ADR-02 (01/23)          STIPULATION REGARDING SELECTION OF PANEL MEDIATOR