# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-05560-MWC-JC<br><br>**ORDER RE: STIPULATION AND REQUEST FOR ORDER MODIFYING SCHEDULING ORDER TO CONTINUE DEADLINE TO HEAR MOTION TO AMEND PLEADINGS OR ADD PARTIES ONLY (DKT. 24)** |

# ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby orders that the Last Date to Hear Motion to Amend Pleadings or Add Parties in this case, as set forth in the operative scheduling order [Dkt. 20] is continued as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| **Last Date to Hear Motion to Amend Pleadings or Add Parties** | 02/21/2025 | 04/11/2025 |

2. Except as specified herein above, all other dates and deadlines shall remain unchanged and unaffected by the parties' stipulation and by this Order.

**IT IS SO ORDERED.**

DATED: January 27, 2025

HONORABLE MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE