**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**LESSEM, NEWSTAT & TOOSON, LLP**
Jeremy I. Lessem (SBN 213406)
jeremy@lnlegal.com
3450 Cahuenga Blvd., Unit 102
Los Angeles, CA 90068
Tel: (818) 582-3087
Fax: (818) 484-3087

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:24-cv-05560-MWC-JC <br><br> *Hon. Michelle Williams Court* <br> *Hon. Mag. Judge Jacqueline Chooljian* <br><br> **JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO NAME THE INDIVIDUAL DEFENDANT DEPUTIES IN PLACE OF DOE DEFENDANTS 1-10** <br><br> [*Proposed Order* filed concurrently herewith] |

**TO THIS HONORABLE COURT:**

    **IT IS HEREBY STIPULATED** by and between Plaintiffs MASOUMEH
MOTEVALLI ALAMOUTI and MOSHEN RAHMATI, and Defendant COUNTY OF
LOS ANGELES ("the Parties"), by and through their respective attorneys of record, as
follows:

1.  Plaintiffs filed their Complaint on July 1, 2024. [Dkt. 1.] At the time of the
filing of their Complaint, Plaintiffs were genuinely ignorant of the names of
the County of Los Angeles Sheriff's Department employees and/or
individuals who are alleged to have failed to protect or provide timely
medical care to Plaintiffs' decedent during the incident giving rise to this
lawsuit. Subsequently, through discovery, Plaintiffs have discovered
information that the pertinent County of Los Angeles Sheriff's Department
employees who had responsibility for the protection and welfare of
Plaintiffs' decedent during the incident giving rise to this lawsuit are
believed to include Yvonne Pullen, Ryan Garcia, Briseida Nochez, Rene
Aguilar Ornelas, Joel Leyva, Andrew Wise, Jason Gonzalez, Bart Marshall,
Michael Maybee, and Oluwasanmi Ogunjumo.

2.  The Parties agree that Plaintiffs may file an amended complaint for the
purpose of naming the foregoing individuals as individual defendants, in lieu
of the current fictitiously named defendants "Does 1-10," and identifying the
alleged roles and responsibilities of these individuals as regards the incident
giving rise to this lawsuit.

3.  A copy of Plaintiffs' proposed First Amended Complaint is attached hereto
as "Exhibit A."

4.  Counsel for the County of Los Angeles agrees to accept service of the First
Amended Complaint on behalf of the County of Los Angeles.

5.  The Parties agree that Plaintiffs shall have 7 days to file their First Amended Complaint after the Court grants them leave, and that Defendant County of Los Angeles shall have 21 days thereafter to file a responsive pleading.

**IT IS SO STIPULATED**.

DATED: April 7, 2025                    **LAW OFFICES OF DALE K. GALIPO**

By:      _/s/ Benjamin S. Levine_
Dale K. Galipo
Benjamin S. Levine[1]
*Attorneys for Plaintiffs*

DATED: April 7, 2025                    **COLLINS + COLLINS LLP**

By:      _/s/ Chandler A. Parker_
Tomas A. Guterres
Chandler A. Parker
*Attorneys for Defendant County of Los Angeles*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JOINT STIPULATION TO ALLOW PLAINTIFFS TO AMEND COMPLAINT TO NAME THE INDIVIDUAL DEFENDANT DEPUTIES IN PLACE OF DOE DEFENDANTS 1-10