UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-05560-MWC-JC<br><br>**ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT (DKT. 28)** |

1

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' stipulation is **GRANTED** and Plaintiffs are granted leave to file the First Amended Complaint attached to the stipulation.

Plaintiffs have seven (7) days from the date of this Order to file a First Amended Complaint. Defendants' responsive pleading shall be due twenty-one (21) days from service of the First Amended Complaint. No currently scheduled hearings will be affected by this Order or by the filing of Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: April 9, 2025

_____
Hon. Michelle Williams Court
United States District Judge

2