**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

**LESSEM, NEWSTAT & TOOSON, LLP**
Jeremy I. Lessem (SBN 213406)
jeremy@lnlegal.com
3450 Cahuenga Blvd., Unit 102
Los Angeles, CA 90068
Tel: (818) 582-3087
Fax: (818) 484-3087

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually,<br><br>            Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-05560-MWC-JC<br><br>*Hon. Michelle Williams Court*<br>*Hon. Mag. Judge Jacqueline Chooljian*<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO INDIVIDUAL DEFENDANTS** |

**TO THIS HONORABLE COURT:**

Plaintiffs, by and through their counsel, submit the following response to the Court's Order to Show Cause re Dismissal For Lack of Prosecution as to Yvonne Pullen; Ryan Garcia; Briseida Nochez; Rene Aguilar Ornelas; Joel Leyva; Andrew Wise; Jason Gonzalez; Bart Marshall; Michael Maybee; Oluwasanmi Ogunjumo, dated May 2, 2025. [Dkt. 33.]

Plaintiffs' initial complaint in this action was filed on July 1, 2024, and named the County of Los Angeles and Does 1-10 as defendants [Dkt. 1], the identities of the individuals who were believed to have liability being then unknown to Plaintiffs. On April 10, 2025, Plaintiffs filed a First Amended Complaint, which for the first time named the ten above-named individuals as defendants. [Dkt. 30.] Plaintiffs' counsel has since been working cooperatively with counsel for Defendant County of Los Angeles to arrange and effectuate service of the individual defendants.

It is counsel's understanding that the 90-day limit for service imposed by Federal Rule of Civil Procedure 4(m) began to run from the April 10, 2025, filing of the First Amended Complaint as to the newly named individual defendants, such that Plaintiffs are still within the time limit for service of these defendants. *See Estate of Touloudjian v. Cal. Dept. of Corrs. & Rehab.*, 2:20-cv-00520-FLA (KSx), 2021 WL 4812318, at *1 (C.D. Cal. Aug. 2, 2021) ("The service period as to a defendant begins to run when the defendant is first named in a complaint.") (first citing *McGuckin v. United States*, 918 F.2d 811, 813 (9th Cir. 1990), then citing *Bolden v. City of Topeka*, 441 F.3d 1129, 1148 (10th Cir. 2006)).

Because service of the individual defendants is still being arranged, Plaintiffs do not understand these defendants' Answers to be due yet [*see* Dkt. 32], so Plaintiffs are not seeking entry of default as to these defendants at this time.

/ / /

/ / /

1  Respectfully submitted,

2  DATED: May 8, 2025                    **LAW OFFICES OF DALE K. GALIPO**

3

4
                                        By:      */s/ Benjamin S. Levine*
5                                               Dale K. Galipo
                                                Benjamin S. Levine
6                                               *Attorneys for Plaintiffs*

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AS TO INDIVIDUAL DEFENDANTS