UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YVONNE PULLEN; RYAN GARCIA; BRISEIDA NOCHEZ; RENE AGUILAR ORNELAS; JOEL LEYVA; ANDREW WISE; JASON GONZALEZ; BART MARSHALL; MICHAEL MAYBEE; and OLUWASANMI OGUNJUMO,<br><br>Defendants. | Case No. 2:24-cv-05560-MWC-JC<br><br>**(PROPOSED) ORDER DISCHARGING ORDER TO SHOW CAUSE** |

1

## [PROPOSED] ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Court's Order to Show Cause [Dkt. 33] be, and hereby is, **DISCHARGED**.

Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiffs have 90 days following the filing of the First Amended Complaint to serve the First Amended Complaint and Summons upon any defendant named for the first time in the First Amended Complaint. Defendants have 21 days following service of the First Amended Complaint and Summons to file a responsive pleading thereto.

IT IS SO ORDERED.

Dated:

_____
MICHELLE WILLIAMS COURT
United States District Judge