**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YVONNE PULLEN; RYAN GARCIA; BRISEIDA NOCHEZ; RENE AGUI-LAR ORNELAS; JOEL LEYVA; AN-DREW WISE; JASON GONZALEZ; BART MARSHALL; MICHAEL MAYBEE; and OLUWASANMI OGUNJUMO, | **Case No. 2:24-cv-05560-MWC-JC**<br>*Hon. Michelle Williams Court*<br>*Hon. Mag. Judge Jacqueline Chooljian*<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**<br><br>Complaint Filed: July 1, 2024<br>Trial: February 23, 2026 |

**TO THIS HONORABLE COURT:**

In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiffs hereby submit their proof of service of the Amended Complaint, Summons, and other documents on Defendant Bart

1
**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

Marshall (attached hereto as Exhibit "A").

DATED: May 21, 2025              **LAW OFFICES OF DALE K. GALIPO**

                                    By:   */s/ Benjamin S. Levine*
                                             Dale K. Galipo
                                             Benjamin S. Levine
                                             *Attorneys for Plaintiffs*

# Exhibit A

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Dale K. Galipo (SBN 144074); Benjamin S. Levin (SBN 342060)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310, Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 \| FAX NO.: (818) 347-4118 \| E-MAIL ADDRESS: dalekgalipo@yahoo.com; blevine@galoplaw.com<br>ATTORNEY FOR *(Name):* Plaintiff | FOR COURT USE ONLY |
|---|---|

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 350 West First Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central District of California

| PLAINTIFF/PETITIONER: MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; et al.<br>DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES; et al. | CASE NUMBER:<br>2-24-cv-05560-MWC-JC |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2446031CE |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   - a. ☐ Summons
   - b. ☐ Complaint
   - c. ☐ Alternative Dispute Resolution (ADR) package
   - d. ☐ Civil Case Cover Sheet
   - e. ☐ Cross-Complaint
   - f. ☑ other *(specify documents):* SUMMONS IN A CIVIL ACTION - FIRST AMENDED COMPLAINT; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; INITIAL STANDING ORDER; STANDING ORDER REGARDING NEWLY ASSIGNED CASES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CIVIL TRIAL ORDER;SCHEDULE OF PRETRIAL AND TRIAL DATES; NOTICE TO COUNSEL; NOTICE OF ASSIGNMENT OF PANEL MEDIATOR; ORDER/REFERRAL TO ADR
3. a. Party served *(specify name of party as shown on documents served):*
   **BART MARSHALL**
   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   "John" Jimenez (First Name Unknown), Deputy, Authorized person to accept service of process on behalf of BART MARSHALL
   Age: 40yrs | Weight: 140lbs | Hair: Black | Sex: Male | Height: 5'3" | Eyes: Brown | Race: Hispanic
4. Address where the party was served: **Los Angeles County Sheriff - Men's Central Jail**
   **441 Bauchet Street, Los Angeles, CA 90012**
5. I served the party *(check proper box)*
   - a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **5/12/2025** (2) at *(time):* **11:40 AM**
   - b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
     - (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
     - (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
     - (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
     - (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.
     - (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10
POS010-1/2446031

Plaintiff: MASOUMEH MOTEVALLI ALAMOUTI, Individually and as successor-in-interest to Masoud Rahmati, deceased; et al.

Defendant: COUNTY OF LOS ANGELES; et al.

CASE NUMBER: 2-24-cv-05560-MWC-JC

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                              (2) from (city):
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify):* **BART MARSHALL**
      under the following Code of Civil Procedure section:

   ☐ 416.10 (corporation)                    ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)            ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)     ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)                  ☐ 415.46 (occupant)
                                              ☑ other: **FRCP 4(e)(2)(A)**

7. **Person who served papers**
   a. Name: **Anson Howard - Ace Attorney Service, Inc.**
   b. Address: **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 111.00**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner    ☑ employee    ☐ independent contractor.
         (ii) Registration No.: **PSC# 6410**
         (iii) County: **ORANGE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **5/15/2025**

**Anson Howard**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ *(Signature - Per CC §1633.7)*