| | |
|---|---|
| **LAW OFFICES OF DALE K. GALIPO**<br>Dale K. Galipo (SBN 144074)<br>dalekgalipo@yahoo.com<br>Benjamin S. Levine (SBN 342060)<br>blevine@galipolaw.com<br>21800 Burbank Boulevard, Suite 310<br>Woodland Hills, California, 91367<br>Tel.: (818) 347-3333<br>Fax: (818) 347-4118 | Tomas A. Guterres (SBN 152729)<br>Chandler A. Parker (SBN 334008)<br>**COLLINS + COLLINS LLP**<br>790 E. Colorado Boulevard, Suite 600<br>Pasadena, CA 91101<br>Tel: (626) 243-1100<br>Fax: (626) 243-1111<br>Email: tguterres@ccllp.law<br>Email: cparker@ccllp.law |
| **LESSEM, NEWSTAT & TOOSON, LLP**<br>Jeremy I. Lessem (SBN 213406)<br>jeremy@lnlegal.com<br>3450 Cahuenga Blvd., Unit 102<br>Los Angeles, CA 90068<br>Tel: (818) 582-3087<br>Fax: (818) 484-3087 | *Attorneys for Defendants* |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; YVONNE PULLEN; RYAN GARCIA; BRISEIDA NOCHEZ; RENE AGUILAR ORNELAS; JOEL LEYVA; ANDREW WISE; JASON GONZALEZ; BART MARSHALL; MICHAEL MAYBEE; and OLUWASANMI OGUNJUMO,<br><br>Defendants. | Case No. 2:24-cv-05560-MWC-JC<br><br>*District Judge Michelle Williams Court*<br>*Mag. Judge Jacqueline Chooljian*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

**TO THE HONORABLE COURT:**

     Plaintiffs, Masoumeh Motevalli Alamouti and Moshen Rahmati; and Defendants, County of Los Angeles, Yvonne Pullen, Ryan Garcia, Briseida Nochez, Rene Aguilar Ornelas, Joel Leyva, Andrew Wise, Jason Gonzalez, Bart Marshall, Michael Maybee, and Oluwasanmi Ogunjumo—the parties to this action—by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire consolidated matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

     WHEREAS, on June 16, 2025, the parties participated in a mediation with ADR Panel Mediator Richard Copeland, during which the parties reached a conditional settlement to resolve this entire case in its entirety.

     WHEREAS, the conditional settlement of this action is subject to review and approval by entities within and for the County of Los Angeles, including the County's Board of Supervisors. These reviews and approvals are expected to be completed within twelve (12) months.

     WHEREAS, given the parties' conditional settlement and upcoming deadlines in this case, the parties wish to make the Court aware of the conditional settlement and are content to have the remaining dates and deadlines vacated based on the conditional settlement.

     WHEREAS, the parties respectfully request that all dates and deadlines be vacated based on the parties' conditional settlement of the entire action.

     WHEREAS, following the necessary approvals of the conditional settlement and payment of the settlement funds, the parties will file a stipulated dismissal of the entire action with prejudice. The parties further request that the Court set a status conference or a deadline for the parties to file a status report in approximately

twelve (12) months, at which time the parties can advise the Court of the status of settlement, if dismissal documents have not yet been filed by that time.

      WHEREAS, based on the above, good cause exists for granting the parties' stipulation.

Respectfully submitted,

DATED: September 19, 2025    LAW OFFICES OF DALE K. GALIPO
    LESSEM, NEWSTAT & TOOSON, LLP

By:     */s/ Dale K. Galipo*
    Dale K. Galipo[1]
    Benjamin S. Levine
    *Attorneys for Plaintiffs*

DATED: September 19, 2025    COLLINS + COLLINS LLP

By:     */s/ Chandler A. Parker*
    Tomas A. Guterres
    Chandler A. Parker
    *Attorneys for Defendant County of Los Angeles*

---

[1] Pursuant to Local Rule 5-4.3.4, as the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.