UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV24-05560-MWC-JC | Date | December 19, 2025 |
|---|---|---|---|
| Title | Masoumeh Motevalli Alamouti, et al. v. County of Los Angeles, et al. | | |

| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |
|---|---|
| T. Jackson | Laura Elias |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Benjamin Levine | Chandler Parker |

**Proceedings:** **ORDER TO SHOW CAUSE RE DISMISSAL (DKT. 54)**

    The order to show cause hearing is held. The Court confers with counsel regarding the status of the case. The Court **STAYS** the action until October 2, 2026. The Court continues the Order to Show Cause re Dismissal to October 2, 2026, at 1:30 p.m., Courtroom 6A. The Court orders counsel to meet and confer and, on or before September 25, 2026, file a joint report stating their collective and/or respective position(s) regarding the status of the settlement.

    The Court **VACATES** the date of trial and other remaining dates.

    **IT IS SO ORDERED.**

|  | :18 |
|---|---|
| **Initials of Preparer** | TJ |