**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MASOUMEH MOTEVALLI ALAMOUTI, *individually and as successor-in-interest to Masoud Rahmati, deceased*, *et al.*,

Plaintiffs,

v.

COUNTY OF LOS ANGELES, *et al.*,

Defendants.

Case No. 2:24-cv-05560-MWC-AYP

**ORDER CONTINUING ORDER TO SHOW CASUE RE: DISMISSAL AND ORDERING REPRESENTATIVE FROM SHERIFF'S DEPARTMENT TO APPEAR**

On October 2, 2026, the Court held an Order to Show Cause Re: Dismissal hearing, with counsel for both parties present. For the reasons explained at the hearing, the Court **ORDERS** as follows:

1. The Order to Show Cause Re: Dismissal is **CONTINUED** to **Friday, November 6, 2026, at 1:30 p.m.** in Courtroom 6A. Defendant County of Los Angeles is **ORDERED** to file a Status Report regarding the status of dismissal by no later than end of day, **Friday, October 30, 2026**.

2. The Court further **ORDERS** that an individual from the Los Angeles County Sheriff's Department, with personal knowledge regarding the status and completion of the Corrective Action Plan, **SHALL** personally appear at the November 6, 2026 hearing to discuss the status of approval of the Plan.

**IT IS SO ORDERED.**

DATED: October 2, 2026

Hon. Michelle Williams Court
United States District Judge