UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-05560-MWC-AYP | Date | October 2, 2026 |
| Title | Masoumeh Motevalli Alamouti, et al. v. County of Los Angeles, et al. | | |

| | |
|---|---|
| Present: The Honorable | MICHELLE WILLIAMS COURT, U.S. District Judge |

| | |
|---|---|
| T. Jackson | Amy Diaz |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jamal Tooson | Cristina Butoiu |

**Proceedings: ORDER TO SHOW CASE RE DISMISSAL (DKT. 57)**

The order to show cause hearing is held. The Court confers with counsel regarding the status of the case. The Court continues the Order to Show Cause re Dismissal to November 6, 2026, at 1:30 p.m., Courtroom 6A. The Court **ORDERS** a representative from the County of Los Angeles's Sheriff's Departmnent to be present. The parties shall file a joint report no later then October 30, 2026.

**IT IS SO ORDERED.**

| | |
|---|---|
| | 00:06 |
| **Initials of Preparer** | TJ |