Tomas A. Guterres (SBN 152729)
Chandler A. Parker (SBN 334008)
**COLLINS + COLLINS LLP**
790 E. Colorado Boulevard, Suite 600
Pasadena, CA 91101
Tel: (626) 243-1100
Fax: (626) 243-1111
Email: tguterres@ccllp.law
Email: cparker@ccllp.law
***Attorneys for Defendants***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -**

**WESTERN DIVISION**

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO. 2:24-cv-05560-MWC-JC<br>***[District Judge Michelle Williams Court Mag. Judge Jacqueline Chooljian]***<br><br>**STATUS UPDATE REGARDING SETTLEMENT**<br><br>Complaint Filed: 07/01/2024<br>Trial Date: None<br><br>Hearing Date: November 6, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6A |

**TO THE HONORABLE COURT:**

Pursuant to the Court's October 7, 2026 Order, Defendants County of Los Angeles, Yvonne Pullen, Ryan Garcia, Briseida Nochez, Rene Aguilar Ornelas, Joel Leyva, Andrew Wise, Jason Gonzalez, Bart Marshall, Michael Maybee, and Oluwasanmi Ogunjumo (collectively, "Defendants"), by and through their attorneys of record, hereby submit this Status Report regarding the pending conditional settlement of this action in advance of the Order to Show Cause hearing scheduled for November 6, 2026.

Defendants respectfully advise the Court that, due to an internet outage, counsel was unable to file this Status Report by the October 30, 2026 deadline.

## I. CASE HISTORY

In the summer of 2025, the parties participated in mediation before ADR Panel Mediator Richard Copeland, during which they reached a conditional agreement to settle the entire action.

On September 19, 2025, the parties filed a Notice of Conditional Settlement and Request to Vacate All Dates, advising the Court that the parties had reached a settlement subject to review and approval by the appropriate County of Los Angeles authorities, including the County's Board of Supervisors. [Dkt. 53.] The Notice further advised that, given the County's internal settlement review and approval procedures, the process was expected to take approximately twelve months. [Id.]

On September 22, 2025, the Court issued an Order Setting Order to Show Cause re Dismissal, scheduling a hearing for December 19, 2025. [Dkt. 54.] On December 8, 2025, the parties filed a Joint Status Report advising the Court that the Los Angeles County Sheriff's Department (“LASD”) was still completing a Corrective Action Plan (“CAP”), a prerequisite to obtaining approval from the County's Claims Board. [Dkt. 55.] At that time, the County anticipated that the settlement approval process would be completed by September 2026 or earlier. [Id. at 2–3.]

At the December 19, 2025 hearing, counsel for Defendants explained the County’s internal approval process and the basis for the anticipated twelve-month timeline. Following the hearing, the Court stayed the action through October 2, 2026, continued the Order to Show Cause hearing to that date, and directed the parties to file a further joint status report by September 25, 2026. [Dkt. 57.]

/ / /

/ / /

/ / /

*26301*



COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

On October 2, 2026, the Court continued the Order to Show Cause hearing to November 6, 2026, and directed that a representative of LASD with personal knowledge concerning the status and completion of the CAP personally appear at the hearing to address the progress of the settlement approval process.

## II. <u>STATUS OF SETTLEMENT APPROVAL</u>

Defendants respectfully advise the Court that substantial progress has been made toward completing the County's internal settlement approval process. Specifically, the CAP has advanced through the County's review process and is now in the final stages of approval.

At the November 6, 2026 hearing, Senior Deputy County Counsel Minas Samuelian, of the Justice and Safety Division, and LASD Deputy Matt Webster, who is responsible for coordinating completion of the CAP, will personally appear to address the status of the CAP and the remaining steps necessary to obtain final settlement approval.

### A. Status of Corrective Action Plan

According to Deputy Webster, LASD completed and submitted the proposed CAP to the County's Chief Executive Office ("CEO") for review. Following its review, the CEO requested certain revisions and modifications. LASD leadership subsequently reviewed and accepted the CEO's proposed changes.

The CAP is now being circulated for final signatures from the responsible agency heads. Deputy Webster anticipates that all required signatures will be obtained and the CAP will be fully approved and completed by the November 6, 2026 hearing.

Completion of the CAP is a prerequisite to presenting the proposed settlement to the County's Claims Board and, ultimately, the Board of Supervisors for approval. Accordingly, the anticipated completion of the CAP represents a significant step toward finalizing the parties' settlement.

/ / /

*26301*



COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**B. Anticipated Claims Board Approval**

According to Senior Deputy County Counsel Samuelian, the earliest available date for presenting the proposed settlement to the County's Claims Board is December 7, 2026.

Although the Claims Board is scheduled to meet on November 16, 2026, the applicable submission deadlines make it unlikely that the settlement can be placed on that meeting’s agenda. Consequently, assuming the CAP is finalized as anticipated, the County expects to present the settlement to the Claims Board on December 7, 2026.

**C. Anticipated Board of Supervisors Approval**

Following approval by the Claims Board, the settlement must be submitted to the County’s Board of Supervisors for final authorization. Ordinarily, approximately 45 days elapse between Claims Board approval and presentation to the Board of Supervisors.

Assuming Claims Board approval is obtained on December 7, 2026, and accounting for the upcoming holiday season and the County's administrative scheduling requirements, Senior Deputy County Counsel Samuelian anticipates that the settlement will be presented to the Board of Supervisors in mid-to-late January 2027.

Thus, while final settlement approval remains subject to the County’s established procedures and the actions of the respective approving authorities, Defendants presently anticipate that the approval process can be completed by the end of January 2027.

/ / /

/ / /

/ / /

/ / /

/ / /

*26301*



COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

## III. CONCLUSION

Defendants recognize that the settlement approval process has taken longer than originally anticipated and appreciate the Court's patience. However, the remaining steps are identifiable, the CAP is nearing completion, and the County has provided a specific anticipated timeline for securing final approval.

DATED: November 2, 2026

COLLINS + COLLINS LLP

By: ______________________________
CHANDLER A. PARKER
Attorneys for Defendants
COUNTY OF LOS ANGELES

26301



COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California, )
) ss.
County of Los Angeles. )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **STATUS UPDATE REGARDING SETTLEMENT**on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on 12/9/2024 at Pasadena**,** California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

---------------------------------------------------------------------------------
CHANDLER A.PARKER

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**MASOUMEH MOTEVALLI ALAMOUTI V. COUNTY OF LOS ANGELES**
**Case Number: 2:24-cv-05560-KS**
**CCLLP File Number: 26301**

**SERVICE LIST**

Dale K. Galiiip
Benjamin S. Levine
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
T: (818) 347-3333 - F: (818) 347-4118
dalekgalipo@yahoo.com
blevine@galipolaw.com
**ATTORNEYS FOR PLAINTIFF, MASOUMEH MOTEVALLI ALAMOUTI**

Jeremy I. Lessem
LESSSEM, NEWSTAT & TOOSON, LLP
3450 Cahuenga Blvd., Unit 102
Los Angeles, CA 90068
T: (818) 582-3087 - F: (818) 484-3087
jeremy@lnlegal.com
**ATTORNEYS FOR PLAINTIFF, MASOUMEH MOTEVALLI ALAMOUTI**