Tomas A. Guterres (SBN 152729)
Chandler A. Parker (SBN 334008)
**COLLINS + COLLINS LLP**
790 E. Colorado Boulevard, Suite 600
Pasadena, CA 91101
Tel: (626) 243-1100
Fax: (626) 243-1111
Email: tguterres@ccllp.law
Email: cparker@ccllp.law
***Attorneys for Defendants***

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -**

**WESTERN DIVISION**

| | |
|---|---|
| MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>Defendants | CASE NO. 2:24-cv-05560-MWC-JC<br>***[District Judge Michelle Williams Court Mag. Judge Jacqueline Chooljian]***<br><br>**ADDITIONAL STATUS UPDATE REGARDING SETTLEMENT**<br><br>Complaint Filed: 07/01/2024<br>Trial Date: None<br><br>Hearing Date: November 13, 2026<br>Time: 1:30 p.m.<br>Courtroom: 6A |

**TO THE HONORABLE COURT:**

Defendants County of Los Angeles, Yvonne Pullen, Ryan Garcia, Briseida Nochez, Rene Aguilar Ornelas, Joel Leyva, Andrew Wise, Jason Gonzalez, Bart Marshall, Michael Maybee, and Oluwasanmi Ogunjumo (collectively, "Defendants"), by and through their attorneys of record, hereby submit this Supplemental Status Report concerning the pending conditional settlement and respectfully request that the Court discharge the Order to Show Cause ("OSC") scheduled for November 13, 2026.

Defendants respectfully advise the Court that substantial progress has been made toward obtaining final settlement approval. Specifically, the County has completed its Claims Approval Package ("CAP"), and the settlement is now scheduled for consideration by the County's Claims Board on November 16, 2026, approximately three weeks earlier than the previously anticipated December 7, 2026 date.

Following Claims Board approval, the settlement must be presented to the County's Board of Supervisors for final authorization. This process ordinarily takes approximately 45 days. Accounting for the upcoming holidays and administrative scheduling requirements, Senior Deputy County Counsel Samuelian still anticipates that the settlement will be presented to the Board of Supervisors in mid-to-late January 2027.

Accordingly, Defendants presently anticipate obtaining final settlement approval by the end of January 2027, subject to the County's established approval procedures. The settlement remains pending solely because of these administrative requirements, and Defendants continue to diligently pursue its final approval.

In light of the substantial progress made, the anticipated timeline for final approval, and the absence of any indication that the settlement will not be consummated, Defendants respectfully request that the Court discharge the November 13, 2026 OSC and permit the parties to complete the County's settlement approval process. Alternatively, should the Court determine that continued oversight is warranted, Defendants request that the OSC be continued to a date after January 31, 2027.

/ / /

/ / /

/ / /

/ / /

/ / /

*26301*



COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

Respectfully submitted,

DATED: November 10, 2026

COLLINS + COLLINS LLP

By: ______________________________
CHANDLER A. PARKER
Attorneys for Defendants
COUNTY OF LOS ANGELES

*26301*



COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5; FRCP 5)**

State of California, )
) ss.
County of Los Angeles. )

I am employed in the County of Los Angeles. I am over the age of 18 and not a party to the within action. My business address is 790 E. Colorado Boulevard, Suite 600, Pasadena, CA 91101.

On this date, I served the foregoing document described as **STATUS UPDATE REGARDING SETTLEMENT**on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Pasadena, California to be served on the parties as indicated on the attached service list. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in Pasadena, California.

☐ **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☒ **(BY ELECTRONIC FILING AND/OR SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached service list.

☐ **(ELECTRONIC SERVICE PER CODE CIV. PROC., § 1010.6)** – By prior consent or request or as required by rules of court (Code Civ. Proc., § 1010.6 (amended Jan. 1, 2021); Code Civ. Proc., § 1013(g); Cal. Rules of Court, rule 2.251(a)).

☐ **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on 12/9/2024 at Pasadena, California.

☐ **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

---------------------------------------------
CHANDLER A.PARKER

COLLINS + COLLINS LLP
790 E. Colorado Blvd., Suite 600,
Pasadena, CA 91101
T: (626) 243-1100
F: (626) 243-1111

**MASOUMEH MOTEVALLI ALAMOUTI V. COUNTY OF LOS ANGELES**
**Case Number: 2:24-cv-05560-KS**
**CCLLP File Number: 26301**

**SERVICE LIST**

Dale K. Galiiip
Benjamin S. Levine
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
T: (818) 347-3333 - F: (818) 347-4118
dalekgalipo@yahoo.com
blevine@galipolaw.com
**ATTORNEYS FOR PLAINTIFF, MASOUMEH MOTEVALLI ALAMOUTI**

Jeremy I. Lessem
LESSSEM, NEWSTAT & TOOSON, LLP
3450 Cahuenga Blvd., Unit 102
Los Angeles, CA 90068
T: (818) 582-3087 - F: (818) 484-3087
jeremy@lnlegal.com
**ATTORNEYS FOR PLAINTIFF, MASOUMEH MOTEVALLI ALAMOUTI**