**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel.: (818) 347-3333
Fax: (818) 347-4118

**LESSEM, NEWSTAT & TOOSON, LLP**
Jeremy I. Lessem (SBN 213406)
jeremy@lnlegal.com
3450 Cahuenga Blvd., Unit 102
Los Angeles, CA 90068
Tel: (818) 582-3087
Fax: (818) 484-3087

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MASOUMEH MOTEVALLI ALAMOUTI, individually and as successor-in-interest to Masoud Rahmati, deceased; and MOSHEN RAHMATI, individually,

Plaintiffs,

v.

COUNTY OF LOS ANGELES; YVONNE PULLEN; RYAN GARCIA; BRISEIDA NOCHEZ; RENE AGUILAR ORNELAS; JOEL LEYVA; ANDREW WISE; JASON GONZALEZ; BART MARSHALL; MICHAEL MAYBEE; and OLUWASANMI OGUNJUMO,

Defendants.

Case No. 2:24-cv-05560-MWC-JC

*Hon. Michelle Williams Court*

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANTS' REQUEST TO CONTINUE OSC HEARING AND OPPOSITION TO REQUEST TO DISCHARGE OSC [DKT. 65]**

Hearing Date: November 13, 2026
Hearing Time: 1:30 p.m.
Courtroom: 6A

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

This matter is currently set for a continued hearing on the Court's Order to Show Cause ("OSC") regarding the status of the parties' settlement of this entire action, and Defendant County of Los Angeles's review and approval thereof, for November 13, 2026. [Dkt. 64; *see* Dkt. 54, 57, 62.]

On November 10, 2026, Defendants filed a supplemental status update representing that necessary predicates to review of the conditional settlement by the County of Los Angeles Claims Board have been completed, and that the settlement is now scheduled for review by the Claims Board on November 16, 2026, three days after the date currently set for the OSC hearing before the Court. [Dkt. 65 at 2.] Defendants further represent that, following the Claims Board's anticipated approval of the conditional settlement, the settlement is then expected to be presented to the County Board of Supervisors within approximately 45 days thereafter. [*Id.*] Defendants further represent that, in light of this timing and the upcoming winter holidays, County Counsel anticipates the settlement will go before the Board of Supervisors for review "in mid-to-late January 2027," and Defendants anticipate final approval by the end of January 2027. [*Id.*] Based on these developments, Defendants have requested that the Court either discharge the OSC or, alternatively, continue the OSC hearing to a date after January 31, 2027. [*Id.*]

In light of these updates, and particularly given the close timing of the current OSC hearing date to the Claims Board's expected review of the settlement on November 16, 2026, Plaintiffs do not oppose a continuance of the OSC hearing to January 2027 or soon thereafter. Based on Defendants' representations regarding the recent developments in the County's settlement review process, it appears to Plaintiffs that holding a hearing at this time may not be an effective use of the Court's or the parties' time.

However, in light of the County's extremely lengthy review process since the parties' conditional settlement was reached on June 16, 2025 [*see* Dkt. 53 at 2], and because the remaining steps in the County's settlement approval process have not yet occurred—including any actual approvals of the parties' settlement—Plaintiffs believe that further Court supervision remains warranted. Accordingly, while Plaintiffs do not oppose an appropriate continuance of the OSC hearing, Plaintiffs do oppose Defendants' request to discharge the OSC outright.

Respectfully submitted,

DATED: November 12, 2026

LAW OFFICES OF DALE K. GALIPO
LESSEM, NEWSTAT & TOOSON, LLP

By: *\/s\/ Benjamin S. Levine*
Dale K. Galipo
Benjamin S. Levine
*Attorneys for Plaintiffs*